1  STACEY E. JAMES, Bar No. 185651
   sjames@littler.com
2  KHATEREH SAGE FAHIMI, Bar No. 252152
   sfahimi@littler.com
3  CHRISTINA H. HAYES
   chayes@littler.com
4  LITTLER MENDELSON, P.C.
   501 W. Broadway, Suite 900
5  San Diego, CA  92101.3577
   Telephone:  619.232.0441
6  Facsimile:   619.232.4302

7  Attorneys for Defendant
   UHS OF DELAWARE, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA DEJOYA, an individual and on behalf of all employees similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UHS OF DELAWARE, INC., a Delaware Corporation; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No.  5:16-cv-79<br><br>**DECLARATION OF MIA MELONI IN SUPPORT OF NOTICE TO FEDERAL COURT OF REMOVAL OF CIVIL ACTION FROM STATE COURT PURSUANT TO 28 U.S.C. SECTIONS 1332, 1441 AND 1446** |

I, MIA MELONI, declare as follows:

1. I am employed by Defendant UHS of Delaware, Inc. ("UHS of Delaware") in the Office of the General Counsel as an Associate General Counsel, located in King of Prussia, Pennsylvania.

2. In my capacity as Associate General Counsel, I am aware of UHS of Delaware's general operations and where their executive, senior management, administrative functions and personnel are located. As an Associate General Counsel for UHS of Delaware, my job duties and responsibilities include the management of

LITTLER MENDELSON, P.C.
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

Firmwide:137905463.1 069080.1086

litigation of UHS of Delaware and its parent and affiliate entities. If called and sworn as a witness, I could and would competently testify to the facts in this declaration.

3. UHS of Delaware is a wholly owned subsidiary of Universal Health Services, Inc.

4. UHS of Delaware is incorporated in the State of Delaware, with its principle place of business in King of Prussia, Pennsylvania.

5. UHS of Delaware's headquarters, including its administrative and executive offices, are located in King of Prussia, Pennsylvania. The majority of UHS of Delaware's corporate functions are located in King of Prussia, Pennsylvania. UHS of Delaware's executive and administrative support functions that are important to its day-to-day operations are conducted in its Pennsylvania location. Additionally, the majority of UHS of Delaware's senior officers and directors are located in King of Prussia, Pennsylvania.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 8th day of January, 2016, at King of Prussia, Pennsylvania.

_____
MIA MELONI

LITTLER MENDELSON, P.C.
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

Firmwide:137905463.1 069080.1086

2.